UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-62271-CIV-COHN/STRAUSS

HOWARD COHAN,

    Plaintiff,

vs.

BENNETT MEDICAL PLAZA CONDOMINIUM
ASSOCIATION, INC.,
d/b/a BENNETT MEDICAL PLAZA,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, BENNETT MEDICAL PLAZA CONDOMINIUM ASSOCIATION, INC., d/b/a BENNETT MEDICAL PLAZA ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:    3/15/2021

| BY: /s/ Jason S. Weiss | BY: /s/ Walter J. Tache |
|---|---|
| Jason S. Weiss | Walter J. Tache |
| Jason@jswlawyer.com | wtache@tachebronis.com |
| Florida Bar No. 356890 | service@tachebronis.com |
| **WEISS LAW GROUP, P.A.** | Florida Bar No. 028850 |
| 5531 N. University Drive | **TACHE, BRONIS, CHRISTIANSON** |
| Suite 103 | **AND DESCALZO, P.A.** |
| Coral Springs, FL 33067 | 150 S.E. 2nd Avenue, Suite 600 |
| Tel: (954) 573-2800 | Miami, FL 33131 |
| Fax: (954) 573-2798 | Tel: (305) 537-9565 |
| *Attorneys for Plaintiff* | Fax: (305) 537-9567 |
| | *Attorneys for Defendant* |