UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62271-CIV-COHN/STRAUSS

HOWARD COHAN,

    Plaintiff,

v.

BENNETT MEDICAL PLAZA
CONDOMINIUM ASSOCIATION, INC.,
d/b/a BENNETT MEDICAL PLAZA,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") [DE 16]. The Court has reviewed the Notice and the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own fees and costs; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of March, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF